IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LATISHA NIXON JONES, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00064-TES |
| | * |
| THE CORPORATION OF MERCER UNIVERSITY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 20th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk